Name and address:
Reid A. Winthrop, SBN 223527
Winthrop Law Group
120 Newport Center Dr.
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Tripharma, LLC | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF(S) | 8:10-cv-00196 JVS (Anx) |
| Max International, LLC | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Paul R. Shankman     CA Bar Number: 113608

Firm or agency: Hinds & Shankman

Address: 21515 Hawthorne Blvd., Suite 1150, Torrance, CA 90503

Telephone Number: 310-316-0500     Fax Number: 310-792-5977

E-mail: pshankman@jhindslaw.com

Counsel of record for the following party or parties: Plaintiff Tripharma LLC

Other members of the same firm or agency also seeking to withdraw: James Andrew Hind, Jr.

---

G-01 (06/13)     REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL     Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Reid A. Winthrop    CA Bar Number: 223527

Firm or agency: Winthrop Law Group

Address: 120 Newport Center Dr., Newport Beach, CA 92660

Telephone Number: 949-269-3256    Fax Number: 949-209-1919

E-mail: reid@winthroplawgroup.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 06/14/17    Signature: [signature]

Name: Paul R. Shankman

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 6/14/17    Signature: [signature]

Name: Reid A. Winthrop

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 06/14/17    Signature: [signature]

Name: Evan Dameshek

Title: President, Tripharma LLC

# Certificate of Service

I am employed in Orange County, California. I am over the age of 18 and not a party to this action; my business address is 120 Newport Center Dr., Newport Beach, California 92660; office: 949-269-3256; fax: 949-209-1919; email: reid@winthroplawgroup.com.

I certify that on June 14, 2017, I served the following documents:

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

on the following parties or counsel of record as follows:

See attached Service List

☒ ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☒ an accurate copy enclosed in sealed envelope(s) to the notification address(es) of record and delivered the envelope(s) by
☒ First-Class Mail ☐ Overnight Delivery.

☐ By Email: I electronically transmitted an accurate copy to the notification email address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ Fax: Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine faxed and accurate copy to the fax number(s) of record before close of business. The transmission was reported as complete, without error.

☐ Personal Delivery: I delivered ☐ the original ☐ an accurate copy by hand to the notification address(es) of record through an employee or independent contractor of a registered process service.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct. Executed at Newport Beach, California on June 14, 2017.

NAME: Reid Winthrop

*Reid Winthrop*
(Signature)

SERVICE LIST

Michael S Brophy, Esq.
Davis R. Gabor, Esq.
RUSS, AUGUST & KABAT 12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Email: dgabor@raklaw. com
*lhutcherson@raklaw.com*
mbrophy@raklaw.com

Brian P Crosby
Gibson McAskill and Crosby
69 Delaware Ave., Suite 900
Buffalo, NY 14202
Email:bcrosby@gmclaw.com

Jeffrey M. Goldman
Pepper Hamilton LLP
4 Park Plaza Suite 1200
Irvine, CA 92614
Email:goldmanj@pepperlaw.com

Robert Loren Hill, Esq.
Shustak and Partners
401 West A Street, Suite 2330
San Diego, CA 92101
619-696-9500
Email: rhill@shufirm.com

Morton G Rosen, Esq.
Haight Brown and Bonesteel LLP
555 South Flower Street 45th Floor
Los Angeles, CA 90071
Email: mrosen@hbblaw.com