AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central Dist. of CA (Southern)__ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>10-CV-00196 JVS | DATE FILED<br>2/17/2010 | U.S. DISTRICT COURT<br>Central Dist. of CA (Southern) |
|---|---|---|
| PLAINTIFF<br>TRIPHARMA, LLC, a Delaware limited liability company, | | DEFENDANT<br>MAX INTERNATIONAL, LLC, a Utah limited liability corporation; et al., |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,899,892 | 5/31/2005 | Regents of the University of Minnesota |
| 2 | 3383357 | 2/12/2008 | Dameshek, Evan P / TriPharma |
| 3 | 3477277 | 7/29/2008 | Imagenetix Corporation California |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order Removing Action From Active Caseload and Directing the Parties to File Status Reports. Case Terminated. MD JS-6. |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>E. Synagogue | DATE<br>2/5/2020 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

